UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
KERRI D. GRINAGE,                          : 13 Civ. 7981 (RA) (JCF)
                                           :
              Plaintiff,                    :           O R D E R
                                           :
    - against -                            :
                                           :
AMERICAN FEDERATION OF MUSICIANS           :
& EMPLOYERS' PENSION FUND,                 :
                                           :
              Defendant.                    :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 8/4/14

     A pretrial conference having been scheduled for August 4,

2014, at 9:30 a.m., and plaintiff having failed to appear, it is

hereby ORDERED as follows:

     1. The conference is rescheduled for August 18, 2014, at 9:30

a.m. in courtroom 18-D at 500 Pearl Street, New York, NY 10007.

     2. If plaintiff fails to attend, her complaint will be

dismissed.  I note that Judge Abrams previously issued a similar

warning after plaintiff failed to attend two scheduled conferences.

(Order dated Feb. 27, 2014).

                    SO ORDERED.

                    James C. Francis IV
                    JAMES C. FRANCIS IV
                    UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       August 4, 2014

1

Copies mailed this date:

Kerri D. Grinage
1275 Grant Ave.
Apt. 7E
Bronx, NY 10456

Russell L. Hirschhorn, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036