UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KERRI D. GRINAGE,                                 :     No. 13 Civ. 7981 (RA/JCF)

        Plaintiff,                               :
                                                                                      ECF CASE

        v.                                              :

AMERICAN FEDERATION OF MUSICIANS &     :
EMPLOYERS' PENSION FUND
                                                              :

        Defendants.                           :
                                                                   :
------------------------------------------------------------x

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/14

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between Parties to the above-captioned action, that this action be, and it hereby is, dismissed WITH PREJUDICE and without attorney's fees or costs.

New York, NY

Dated: August 18, 2014

By: _____ 8/18/14
    Kerri D. Grinage

By: _____ 8/18/14
    PROSKAUER ROSE LLP
    Russell L. Hirschhorn
    Eleven Times Square
    New York, NY 10036
    212.969.3286 ph
    212.969.2900 f
    rhirschhorn@proskauer.com
    *Counsel for Defendant*

SO ORDERED: _____    8/18/14
                                                                        Date

3